

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-19-00388-CV

Steven C. **GRINNELL**,
Appellant

v.

**GARNET REAL ESTATE, LLC**,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-13502
Honorable Angelica Jimenez, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the appellant's motion to dismiss is GRANTED, and this appeal is DISMISSED. Costs of the appeal are taxed against the party who incurred them.

SIGNED September 11, 2019.

_____
Rebeca C. Martinez, Justice